A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for :  Santander Consumer USA Inc. dba
Chrysler Capital as servicer for CCAP Auto Lease Ltd.
Our File No.:  48492
JM-5630

In Re:

Steven V. Tursi
Cristina Tursi

**Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 18-34145 |
| Hearing Date: | 4-3-2019 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:    ☑  Followed    ☐  Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Santander Consumer USA Inc. dba Chrysler Capital_____, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is

vacated to permit the movant to pursue the movant's rights in the personal property described below to

the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏      Real property more fully described as:

☑      Personal property more fully described as:

   2015 Jeep Grand Cherokee
   Vehicle Identification Number
   1C4RJFBG1FC117112

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*Rev. 7/1/04; jml*