UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

| | |
|---|---|
| In Re: | Case No.: _____18-34145_____ |
| Steven Tursi | Judge: _____CMG_____ |
| Cristina Tursi | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☒  Motion for Relief from the Automatic Stay filed by _____Gateway Funding_____ ,
creditor,

A hearing has been scheduled for _____November 6, 2019_____, at _9:00 a.m._.

☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☒  Payments have been made in the amount of $ _____1,500.00_____, but have not

been accounted for.  Documentation in support is attached.

☒   Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

Debtors have brought payments current through October, 2019.  Debtors didn't realize delinquency as they stopped receiving statements regular monthly statements after the filing of the bankruptcy. Debtors can continue regular monthly payments.


☒   Other (**explain your answer**):

Debtors would request that creditor resume sending regular monthly statements.



3.       This certification is being made in an effort to resolve the issues raised in the certification of default or motion.


4.       I certify under penalty of perjury that the above is true.



Date: _10/22/19_____           _/s/ Steven Tursi_____
                                                        Debtor's Signature

Date: 10/22/19_____           /s/ Cristina Tursi_____
                                                        Debtor's Signature



**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.


2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.