Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34145−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven V Tursi                                                    Cristina Tursi
   dba Elite Builders & Remodelers, LLC         601 Stump Tavern Road
   601 Stump Tavern Road                       Jackson, NJ 08527
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−4049                                               xxx−xx−3221

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      11/3/21
Time:     12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin M. Gillman, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,540.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 7, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-34145-CMG
Steven V Tursi                                                         Chapter 13
Cristina Tursi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin                               Page 1 of 5
Date Rcvd: Oct 07, 2021      Form ID: 137                              Total Noticed: 90

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven V Tursi, Cristina Tursi, 601 Stump Tavern Road, Jackson, NJ 08527-3316 |
| cr | + | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 517912080 | + | Acs/college Loan Corp, 501 Bleecker St, Utica, NY 13501-2401 |
| 517912084 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517912083 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517912085 | + | Back, Seigel & Goldstein, 501 Iron Bridge Road, Suite 4, Freehold, NJ 07728-5305 |
| 517912087 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517912086 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517994292 | + | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 517912101 | + | Central Jersey Newborn Care, PO Box 74, Skillman, NJ 08558-0074 |
| 518012256 | + | Chase Bank USA, N.A, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517912115 | | Conduent/Uheaa, C/o Acs, Utica, NY 13501 |
| 517912114 | + | Conduent/Uheaa, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 517912116 | + | Costal Heathcare, 1659 Route 88 Suite 2B, Brick, NJ 08724-3011 |
| 517912124 | + | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517912121 | + | EdFinancial Services, Attn: Bankruptcy Department, 298 N Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 518549405 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517912127 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517912128 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518023244 | + | FBC Mortgage,LLC, C/O Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517912129 | + | Fbc Mortgage, 101 Wymore Rd, Altamonte Springs, FL 32714-4207 |
| 517912130 | | Fbc Mortgage Llc, 189 South Orange Aveste, Orlando, FL 32801 |
| 517912139 | | Ocean County Sheriff, Ocean County Justice Complex, 120 Hooper Ave, PO Box 2191, Toms River, NJ 08754-2191 |
| 518884679 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 518884680 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020, PennyMac Loan Services, LLC., P.O. Box 2410 Moorpark, CA 93020-2410 |
| 517912143 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517912141 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 517912145 | + | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 517912147 | + | Rmb Inc, 409 Bearden Park C, Knoxville, TN 37919-7406 |
| 517912149 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517912150 | + | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 518779651 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518779652 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356, SantanderConsumerUSA Inc successor in interest to Gateway,One |
| 517912153 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 517912154 | + | Sun East Federal Cr Un, Po Box 2231, Aston, PA 19014-0231 |
| 517912161 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517912163 | + | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517912167 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518045413 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 517912169 | + | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

| | | |
|---|---|---|
| 517912174 | + | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912181 | + | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 517912179 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 517912168 | + | United Collection Bureau Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 517912188 | + | Wells Fargo Dealer Services, P.o. Box 1697, Winterville, NC 28590-1697 |
| 517912187 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517912189 | + | Wf/tempur, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2021 20:16:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 519277882 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 07 2021 20:38:06 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517961864 | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2021 20:16:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517912081 | + Email/Text: ally@ebn.phinsolutions.com | Oct 07 2021 20:16:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 517912082 | + Email/Text: ally@ebn.phinsolutions.com | Oct 07 2021 20:16:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517912092 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2021 20:38:05 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517912089 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2021 20:38:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517912096 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2021 20:38:21 | Capital One / Guitar, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517912095 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2021 20:38:05 | Capital One / Guitar, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517912099 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2021 20:38:21 | Capital One / Yamaha, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517912097 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2021 20:38:21 | Capital One / Yamaha, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517944311 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2021 20:38:21 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517912110 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2021 20:17:00 | Comenity Bank/Mandees, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517912111 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2021 20:17:00 | Comenity Bank/Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 517912113 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2021 20:17:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517912112 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2021 20:17:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517912117 | Email/PDF: DellBKNotifications@resurgent.com | Oct 07 2021 20:38:15 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 517912120 | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517912183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2021 20:16:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517912185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2021 20:38:09 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517912118 | + | Email/PDF: DellBKNotifications@resurgent.com | Oct 07 2021 20:38:24 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518028974 | | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2021 20:38:07 | Dell Financial Services LLC, Po Box 81607, Austin, TX 78708-1607 |
| 517912119 | + | Email/Text: mrdiscen@discover.com | Oct 07 2021 20:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517912132 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Oct 07 2021 20:16:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517912131 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Oct 07 2021 20:16:00 | Gateway One Lending & Finance, 160 N Riverview Dr Ste 1, Anaheim, CA 92808 |
| 517977442 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Oct 07 2021 20:16:00 | Gateway One Lending & Finance, Attn: Bankruptcy, 160 North Riverview Dr. Ste 100, Anaheim, CA 92808 |
| 517912133 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2021 20:16:00 | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 517912102 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 07 2021 20:16:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517912106 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 07 2021 20:38:14 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912136 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2021 20:38:13 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912135 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2021 20:16:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517912138 | + | Email/Text: bknotification@loandepot.com | Oct 07 2021 20:16:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517912137 | + | Email/Text: bknotification@loandepot.com | Oct 07 2021 20:17:00 | Loandepo.co, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 517912140 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2021 20:17:00 | Loandepo.co, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 517912152 | | Email/Text: courts@southeastfinancial.org | Oct 07 2021 20:16:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 517912156 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 20:17:00 | Southeast Financial Cu, 5110 Maryland Way Ste 10, Brentwood, TN 37027 |
| 517912155 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 20:38:14 | Synchrony Bank/HH Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 517912160 | | Email/Text: bankruptcy@td.com | Oct 07 2021 20:38:06 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517912159 | | Email/Text: bankruptcy@td.com | Oct 07 2021 20:17:00 | Td Banknorth Maine, 32 Chestnut St, Lewiston, ME 04240 |
| 517912157 | | Email/Text: bankruptcy@td.com | Oct 07 2021 20:17:00 | Td Banknorth Maine, Td Bank/Attn: Bankruptcy, Po Box 1190, Lewiston, ME 04243 |
| 517912158 | | Email/Text: bankruptcy@td.com | Oct 07 2021 20:17:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| | | | Oct 07 2021 20:17:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |

TOTAL: 43

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 137 | Total Noticed: 90 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517912088 | | Cap1/bstby |
| 517912093 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517912094 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517912090 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517912091 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517912100 | *+ | Capital One / Yamaha, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517912098 | *+ | Capital One / Yamaha, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518012315 | *+ | Chase Bank USA, N.A, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517912184 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517912186 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517912125 | *+ | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517912126 | *+ | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517912122 | *+ | EdFinancial Services, Attn: Bankruptcy Department, 298 N Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 517912123 | *+ | EdFinancial Services, Attn: Bankruptcy Department, 298 N Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 517912103 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912104 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912105 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912107 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912108 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912109 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912144 | * | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517912142 | *+ | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 517912146 | *+ | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 517912148 | *+ | Rmb Inc, 409 Bearden Park C, Knoxville, TN 37919-7406 |
| 517912151 | *+ | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517912162 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517912166 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 517912165 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517912164 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517912175 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912176 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912177 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912178 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912170 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912171 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912172 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912173 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912180 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 517912182 | *+ | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 517912134 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 38 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021                        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor FBC Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PennyMac Loan Services  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Defendant FBC Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Justin M Gillman | on behalf of Plaintiff Cristina Tursi ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Plaintiff Steven V Tursi ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Cristina Tursi ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Debtor Steven V Tursi ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Gateway One Lending & Finance  LLC. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor FBC Mortgage  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com  ksweeney@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |

TOTAL: 16