**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on November 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Steven and Cristina Tursi,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 18-34145/CMG<br><br>Hearing Date: November 3, 2021<br><br>Judge: Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: November 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4816-9352-8317, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____1,540.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,540.00_____. The allowance is payable:

☒ $___1,540.00___ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____845.00_____ per month for ___25___ months beginning December 2021 to allow for payment of the above fee.

*rev.8/1/15*

4816-9352-8317, v. 1