| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Steven V Tursi<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4049<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Cristina Tursi<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3221<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–34145–CMG | | |

## Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven V Tursi                                                  Cristina Tursi
dba Elite Builders & Remodelers, LLC

<u>3/2/23</u>                                                                    **By the court:** <u>Christine M. Gravelle</u>
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34145-CMG |
| Steven V Tursi | Chapter 13 |
| Cristina Tursi | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 91 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven V Tursi, Cristina Tursi, 601 Stump Tavern Road, Jackson, NJ 08527-3316 |
| 517912080 | + | Acs/college Loan Corp, 501 Bleecker St, Utica, NY 13501-2401 |
| 517912085 | + | Back, Seigel & Goldstein, 501 Iron Bridge Road, Suite 4, Freehold, NJ 07728-5305 |
| 517912101 | + | Central Jersey Newborn Care, PO Box 74, Skillman, NJ 08558-0074 |
| 517912114 | + | Conduent/Uheaa, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 517912115 | | Conduent/Uheaa, C/o Acs, Utica, NY 13501 |
| 517912116 | #+ | Costal Heathcare, 1659 Route 88 Suite 2B, Brick, NJ 08724-3011 |
| 517912129 | + | Fbc Mortgage, 101 Wymore Rd, Altamonte Springs, FL 32714-4207 |
| 517912130 | | Fbc Mortgage Llc, 189 South Orange Aveste, Orlando, FL 32801 |
| 517912132 | + | Gateway One Lending & Finance, 160 N Riverview Dr Ste 1, Anaheim, CA 92808-2293 |
| 517912131 | + | Gateway One Lending & Finance, Attn: Bankruptcy, 160 North Riverview Dr. Ste 100, Anaheim, CA 92808-2293 |
| 517912139 | | Ocean County Sheriff, Ocean County Justice Complex, 120 Hooper Ave, PO Box 2191, Toms River, NJ 08754-2191 |
| 517912141 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 517912145 | + | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 517912147 | + | Rmb Inc, 409 Bearden Park C, Knoxville, TN 37919-7406 |
| 518779651 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518779652 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356, SantanderConsumerUSA Inc successor in interest to Gateway,One |
| 517912153 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 517912154 | + | Sun East Federal Cr Un, Po Box 2231, Aston, PA 19014-0231 |
| 517912189 | + | Wf/tempur, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Mar 03 2023 01:34:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 20:53:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |

Case 18-34145-CMG    Doc 63    Filed 03/04/23    Entered 03/05/23 00:16:42    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 91 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 519277882 | + EDI: AISACG.COM | Mar 03 2023 01:34:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517961864 | EDI: GMACFS.COM | Mar 03 2023 01:34:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517912081 | + EDI: GMACFS.COM | Mar 03 2023 01:34:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 517912082 | + EDI: GMACFS.COM | Mar 03 2023 01:34:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517912083 | + Email/PDF: bncnotices@becket-lee.com | Mar 02 2023 21:02:11 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517912084 | + Email/PDF: bncnotices@becket-lee.com | Mar 02 2023 21:02:19 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517912086 | + EDI: TSYS2 | Mar 03 2023 01:34:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517912087 | + EDI: TSYS2 | Mar 03 2023 01:34:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517912092 | EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517994292 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 20:53:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 517912089 | + EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517912096 | + EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One / Guitar, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517912095 | + EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One / Guitar, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517912099 | + EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One / Yamaha, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517912097 | + EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One / Yamaha, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517944311 | EDI: CAPITALONE.COM | Mar 03 2023 01:34:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518012256 | + Email/Text: RASEBN@raslg.com | Mar 02 2023 20:51:00 | Chase Bank USA, N.A, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517912110 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Bank/Mandees, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517912111 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Bank/Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 517912113 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 517912112 | + EDI: WFNNB.COM | Mar 03 2023 01:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517912117 | Email/PDF: DellBKNotifications@resurgent.com | Mar 02 2023 20:49:49 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 517912120 | EDI: DISCOVER.COM | Mar 03 2023 01:34:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517912183 | + EDI: CITICORP.COM | Mar 03 2023 01:34:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517912185 | + EDI: CITICORP.COM | | |

| Recip ID | Type | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 03 2023 01:34:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517912118 | + | Email/PDF: DellBKNotifications@resurgent.com | Mar 02 2023 20:50:36 | Dell Financial Services LLC, Po Box 81607, Austin, TX 78708-1607 |
| 518028974 | | EDI: Q3G.COM | Mar 03 2023 01:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517912119 | + | EDI: DISCOVER.COM | Mar 03 2023 01:34:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517912124 | + | Email/Text: EBN@edfinancial.com | Mar 02 2023 20:51:00 | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517912121 | + | Email/Text: EBN@edfinancial.com | Mar 02 2023 20:51:00 | EdFinancial Services, Attn: Bankruptcy Department, 298 N Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 518549405 | + | Email/Text: EBN@edfinancial.com | Mar 02 2023 20:51:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517912127 | ^ | MEBN | Mar 02 2023 20:45:11 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517912128 | ^ | MEBN | Mar 02 2023 20:45:40 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518023244 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 02 2023 20:52:00 | FBC Mortgage,LLC, C/O Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517912133 | | EDI: IRS.COM | Mar 03 2023 01:34:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517912102 | | EDI: JPMORGANCHASE | Mar 03 2023 01:34:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912106 | | EDI: JPMORGANCHASE | Mar 03 2023 01:34:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912136 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2023 20:51:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517912135 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2023 20:51:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517912138 | + | Email/Text: bknotification@loandepot.com | Mar 02 2023 20:53:00 | Loandepo.co, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 517912137 | + | Email/Text: bknotification@loandepot.com | Mar 02 2023 20:53:00 | Loandepo.co, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 517912140 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2023 20:51:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518884680 | + | Email/PDF: ebnotices@pnmac.com | Mar 02 2023 21:01:57 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020, PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 518884679 | + | Email/PDF: ebnotices@pnmac.com | Mar 02 2023 20:50:45 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 517912143 | | EDI: WFFC.COM | Mar 03 2023 01:34:00 | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517912152 | | Email/Text: courts@southeastfinancial.org | Mar 02 2023 20:53:00 | Southeast Financial Cu, 5110 Maryland Way Ste 10, Brentwood, TN 37027 |
| 517912149 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 20:53:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517912150 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 20:53:00 | Santander Consumer USA, Po Box 961275, Fort |

Case 18-34145-CMG    Doc 63    Filed 03/04/23    Entered 03/05/23 00:16:42    Desc Imaged
                              Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 91 |

| | | | | |
|---|---|---|---|---|
| | | | | Worth, TX 76161-0275 |
| 517912156 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/HH Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 517912155 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517912160 | | EDI: TDBANKNORTH.COM | Mar 03 2023 01:34:00 | Td Banknorth Maine, 32 Chestnut St, Lewiston, ME 04240 |
| 517912159 | | EDI: TDBANKNORTH.COM | Mar 03 2023 01:34:00 | Td Banknorth Maine, Td Bank/Attn: Bankruptcy, Po Box 1190, Lewiston, ME 04243 |
| 517912157 | | EDI: TDBANKNORTH.COM | Mar 03 2023 01:34:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 517912158 | | EDI: TDBANKNORTH.COM | Mar 03 2023 01:34:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 517912161 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 02 2023 20:52:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517912166 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 02 2023 20:52:00 | Toyota Motor Credit Co, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 517912165 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 02 2023 20:52:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517912163 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 02 2023 20:52:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517912167 | ^ | MEBN | Mar 02 2023 20:44:49 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518045413 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 02 2023 20:51:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 517912174 | + | Email/Text: EDBKNotices@ecmc.org | Mar 02 2023 20:51:00 | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912169 | + | Email/Text: EDBKNotices@ecmc.org | Mar 02 2023 20:51:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912179 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 02 2023 20:51:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 517912181 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 02 2023 20:51:00 | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 517912168 | + | Email/Text: BAN5620@UCBINC.COM | Mar 02 2023 20:51:00 | United Collection Bureau Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 517912188 | + | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Dealer Services, P.o. Box 1697, Winterville, NC 28590-1697 |
| 517912187 | + | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 71

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517912088 | | Cap1/bstby |
| 517912093 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517912094 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517912090 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 91 |

| | | |
|---|---|---|
| 517912091 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517912100 | *+ | Capital One / Yamaha, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517912098 | *+ | Capital One / Yamaha, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518012315 | *+ | Chase Bank USA, N.A, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517912184 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517912186 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517912125 | *+ | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517912126 | *+ | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517912122 | *+ | EdFinancial Services, Attn: Bankruptcy Department, 298 N Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 517912123 | *+ | EdFinancial Services, Attn: Bankruptcy Department, 298 N Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 517912103 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912104 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912105 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912107 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912108 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912109 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912144 | * | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517912142 | *+ | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 517912146 | *+ | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 517912148 | *+ | Rmb Inc, 409 Bearden Park C, Knoxville, TN 37919-7406 |
| 517912151 | *+ | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517912162 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517912164 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 517912175 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912176 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912177 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912178 | *+ | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 517912170 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912171 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912172 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912173 | *+ | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517912180 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 517912182 | *+ | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 517977442 | ##+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |
| 517912134 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 36 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor FBC Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PennyMac Loan Services LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Defendant FBC Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Justin M Gillman | on behalf of Plaintiff Cristina Tursi ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Plaintiff Steven V Tursi ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Cristina Tursi ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Debtor Steven V Tursi ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Gateway One Lending & Finance LLC. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor FBC Mortgage LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |

TOTAL: 16