**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on March 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Steven and Cristina Tursi, | Case No. 18-34145 |
| Debtor(s). | Hearing Date: N/A |
|  | Judge: Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: March 17, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4895-7363-6949, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____947.00_____ for services rendered and expenses in the amount of $_____15.00_____ for a total of $_____962.00_____. The allowance is payable:

☒ $____0_____ through the Chapter 13 plan as an administrative priority.

☒ $____962.00____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for __n/a____ months to allow for payment of the above fee.

rev.8/1/15

4895-7363-6949, v. 1