Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34145−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven V Tursi
dba Elite Builders & Remodelers, LLC
601 Stump Tavern Road
Jackson, NJ 08527

Cristina Tursi
601 Stump Tavern Road
Jackson, NJ 08527

Social Security No.:
xxx−xx−4049                             xxx−xx−3221

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 6, 2023            Christine M. Gravelle
                                Judge, United States Bankruptcy Court